JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| TREVOR JOHNSON, | ) | No. SA CV 09-01152-CBM (VBK) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DOMINGO URIBE, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Second Amended Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: April 17, 2012

CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE